# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DOUGLAS LAMAR FORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:13-CV-1058 CAS |
| | ) |
| DELTA AIR LINES, INC.. | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

In light of the suggestion of bankruptcy of plaintiff Douglas Lamar Ford filed by counsel for Thomas DeWoskin, Bankruptcy Trustee, the Court concludes that the case should be administratively closed until such time as the bankruptcy proceedings have been concluded or Court action is otherwise required. Any motion seeking reopening of the case shall state:

(a) whether the Bankruptcy Trustee intends to enter his appearance and move to intervene;

(b) the facts and procedural history, including any significant occurrences in the bankruptcy proceedings;

(c) the issues remaining for determination by this Court;

(d) the potential for settlement, and the status of any settlement discussions;

(e) whether a Rule 16 scheduling conference is requested;

(f) the status of discovery;

(g) whether significant pretrial motion practice, including the filing of potentially dispositive motions, is anticipated;

(h) the date by which it is reasonably likely that the case would be ready to proceed to trial; and

(i) the estimated length of trial.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively **CLOSE** this action, subject to reopening on a motion filed in compliance with this order.

**IT IS FURTHER ORDERED** that defendant's motion for judgment on the pleadings is **DENIED** without prejudice to being reinstated, on motion of the defendant, in the event the case is reopened. [Doc. 16]

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 28th day of February, 2014.